1 | DOUGLAS TUCKER #172550
KRISTINA D. GARABEDIAN #302970
2 | TUCKER CHIU HEBESHA SEYMOUR PC
642 Pollasky Avenue, Suite 230
3 | Clovis, California 93612
Telephone: (559) 472-9922
4 | Facsimile: (559) 472-9892

5 | Attorneys for **Plaintiff**
**HYPHY MUSIC, INC.**

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

10 | * * *

11 | HYPHY MUSIC, INC., a California )  Case No.: **1-17-cv-00182-DAD-SKO**
corporation, )
12 | )
Plaintiff, )
13 | ) **FIRST AMENDED COMPLAINT FOR**
vs. ) **COPYRIGHT INFRINGEMENT**
14 | )
JOSE DAVID HERNANDEZ, an individual )
15 | and dba MUSICA DE ARRANQUE; )
KEVIN BERGER, an individual; )
16 | JAVIER MORALES, an individual; )
JOEL MEDINA, an individual; )
17 | COLONIZE MEDIA, INC. , a California )
corporation; )
18 | M-GEN STREAM, INC. , a California )
corporation; )
19 | DH1 TALENT DEVELOPMENT, INC. , a )
California corporation; )
20 | DH1 MEDIA, INC., a California )
corporation; )
21 | LUNA MUSIC CORPORATION, a )
California corporation; )
22 | ABEL DE LUNA, an individual and dba )
VAQUERO MUSIC; and )
23 | DOES 1 through 50, )
)
24 | _____ Defendants. )

25 |     Plaintiff HYPHY MUSIC, INC. ("Hyphy") alleges the following against Defendants Jose

26 | DAVID HERNANDEZ ("Hernandez"), MUSICA DE ARRANQUE (ARRANQUE"), KEVIN

27 | BERGER ("Berger"), JAVIER MORALES ("Morales"), JOEL MEDINA ("Medina"),

28 | COLONIZE MEDIA, INC. ("Colonize Media"), M-GEN STREAM, INC. ("M-Gen"), DH1

TALENT DEVELOPMENT, INC. ("DH1 Talent"), DH1 MEDIA, INC. ("DH1 Media"), LUNA MUSIC CORPORATION ("Luna"), ABEL DE LUNA ("De Luna"), VAQUERO MUSIC ("Vaquero"), and DOES 1 through 50 (collectively "Defendants").

## NATURE OF ACTION

Plaintiff, by its attorneys, for its complaint against Defendants, allege Defendants willfully and intentionally infringed on Plaintiff's copyright for the music of Fabian Ortega known as El Halcon De La Sierra and specifically the album Culpable O Inocente.

## JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendants resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.      Plaintiff Hyphy Music, Inc. ("Hyphy") is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

5.      Independent Party Jose Martinez is an individual at all relevant times residing in Fresno County.  Prior to the incorporation of Hyphy Music, Inc., Jose Martinez was doing business as Hyphy Music.

6.      Plaintiff is informed and believes that Defendant Colonize Media, Inc. is a corporation duly organized and existing under the laws of the State of California with its principle place of business in the State of California.

7.      Plaintiff is informed and believes that Defendant M-Gen Stream, Inc. is a corporation duly organized and existing under the laws of the State of California with its principle place of business in the State of California.

8.      Plaintiff is informed and believes that Defendant DH1 Media, Inc. is a corporation duly organized and existing under the laws of the State of California with its principle place of business in the State of California.

9.      Plaintiff is informed and believes that Defendant DH1 Talent Development, Inc. is a corporation duly organized and existing under the laws of the State of California with its principle place of business in the State of California.

10.     Plaintiff is informed and believes that Defendant Luna Music Corporation is a corporation duly organized and existing under the laws of the State of California with its principle place of business in the State of California.

11.     Plaintiff is informed and believes that Defendant Abel de Luna dba Vaquero Music is an individual residing and doing business in Los Angeles, California.

12.     Plaintiff is informed and believes that Defendant Jose David Hernandez dba Musica de Arranque is an individual residing and doing business in this District.

13.     Plaintiff is informed and believes that Defendant Kevin Richard Berger is an individual residing in this District.

14.     Plaintiff is informed and believes that Defendant Javier Morales is an individual residing in this District.

15.     Plaintiff is informed and believes that Defendant Joel Medina is an individual residing in this District.

## INFRINGEMENT OF COPYRIGHTS

16.     Plaintiff incorporate herein by this reference each and every allegation contained in each paragraph above.

17.     Independent Party Jose Martinez ("Martinez") purchased all rights and interests, including the copyrights to the entire collection of El Halcon de La Sierra from Rigoberto Garcia dba Titan Records on or about July 5, 2012. Attached hereto and incorporated by reference as Exhibit A, a copy of the contract in Spanish and translated into English including Exhibit B-2 which is the sound recording in question.

18.    At the time of purchase, Martinez was informed that Titan Records had registered its copyright with the United States Copyright Office.

19.    **Subsequently, Martinez was informed that all recordings after 2004 were not registered with the United States Copyright Office.  However, Titan Records did perform the necessary acts to establish it was the original producer and copyright holder to said records.  Titan Records produced "Culpable o Inocente" in 2009 in its recording studio in Sinaloa, Mexico.  Titan Records assigned the album production number TNCD1978 and UPC #674897197824 in accordance with their policies.**

20.    On or about 2014, Jose Martinez formed Plaintiff Hyphy and in January 2016, contributed, transferred, and/or assigned all rights in the entire collection of El Halcon de La Sierra to Hyphy.

21.    Plaintiff is, and at all relevant times has been, the copyright owners of exclusive rights under United States copyright with respect to certain copyrighted sound recordings, including but not limited to the copyrighted sound recordings identified in Exhibit A attached hereto (The Copyrighted Recordings").

22.    Among the exclusive rights granted to Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

23.    Plaintiff is informed and believes that Defendants, without the permission or consent of Plaintiff, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendants have violated Plaintiff's exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright. (Exhibit B contains a complete listing of files Defendants have made available for distribution to the public including known websites where the files have been posted. In addition to the sound recordings listed in Exhibit A, many of the other sound recordings listed on Exhibit B are owned by or exclusively licensed to Plaintiff or Plaintiff's affiliate record labels. Plaintiff is

TUCKER CHIU
HEBESHA SEYMOUR PC
642 POLLASKY AVE., # 230
CLOVIS, CA  93612

FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

1   informed and believe that virtually all of the sound recordings listed on Exhibit B have been
2   downloaded, distributed and/or offered for distribution without permission of the respective
3   copyright holders.)

4       24.    Plaintiff is informed and believes that the foregoing acts of infringement have
5   been willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

6       25.    As a result of Defendants' infringement of Plaintiff's copyrights and exclusive
7   rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c)
8   for Defendants' infringement of each of the Copyrighted Recordings.

9       26.    Plaintiff further is entitled to attorneys' fees and costs pursuant to 17 U.S.C. §
10  505.

11      27.    The conduct of Defendants are causing and, unless enjoined and restrained by this
12  Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be
13  compensated or measured in money. Defendants previously agreed to cease infringing on
14  Plaintiff's copyright by distributing the copyrighted material but subsequently resumed. Plaintiff
15  has no adequate remedy at law.

16      28.    Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff are entitled to injunctive relief
17  prohibiting Defendants from further infringing Plaintiff's copyrights, and ordering Defendant to
18  destroy all copies of sound recordings made in violation of Plaintiff' exclusive rights.

19  **PRAYER**

20      **WHEREFORE**, Plaintiff prays for judgment as follows:

21      1.    For an injunction providing:

22  "Defendant shall be and hereby is enjoined from directly or indirectly infringing
23  Plaintiff's rights under federal or state law in the Copyrighted Recordings and any sound
24  recording, whether now in existence or later created, that is owned or controlled by Plaintiff (or
25  any parent, subsidiary, or affiliate record label of Plaintiff) ("Plaintiff' Recordings"), including
26  without limitation by using the Internet or any online media distribution system to reproduce
27  (i.e., download) any of Plaintiff Recordings, to distribute (i.e., upload) any of Plaintiff
28  Recordings, or to make any of Plaintiff' Recordings available for distribution to the public,

TUCKER CHIU
HEBESHA SEYMOUR PC
642 POLLASKY AVE., # 230
CLOVIS, CA 93612

except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiff' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.      For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504, in the amount of $1,800,000.00 subject to proof at time of trial.

3.      For Plaintiff's costs in this action.

4.      For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

5.      For such other and further relief as the Court may deem just and proper.

Dated:  February 14, 2017.

TUCKER CHIU HEBESHA SEYMOUR PC

By:_____
DOUGLAS TUCKER
KRISTINA D. GARABEDIAN
Attorneys for Plaintiff
HYPHY MUSIC, INC.

12490.05-PLDG-FIRST AMENDED COMPLAINT

# EXHIBIT "A"

PURCHASE AGREEMENT WITH TRANSFER OF LICENSE executed between Rigoberto Garcia dba Titan Records (Transferor), domiciled at 3697 San Gabriel River Pkwy, Pido Rivera, CA 90660, as the first party, and Jose Martinez dba HyPhy Music (Transferee), domiciled at 1630 E. Shaw, Fresno, CA 93701, as the second party, under the provisions of this agreement.

1. <u>Type of Contract</u>: Transfer of License

2. <u>Catalog</u>: The masters indicted in Addendum A of this agreement, consisting of various albums, including compilations. Hence, there are selections that will be duplicated in more than one album included in the catalog. The parties recognize and accept that the transferred catalog does not include any production recorded by Rigoberto Garcia or Titan Records after July 1, 2012, even if such recording includes the performance of any artist whose recording will be included in the catalog contemplated in this agreement.

3. <u>Rights Transferred</u>: (a) The Transferor transfers to the Transferee all rights corresponding to it under the applicable laws and contracts including copyright laws, for the duration of these rights, to produce, distribute, promote and market the masters indicated in clause 2 above within the Territory in the physical and electronic formats that exist now or that will be developed in the future.

   (b) The Transferor transfers to the Transferee all the Transferor's rights related to the use of the name, pseudonym, likeness, signature and biographical information of any artist whose musical performance appears in the catalog indicated in clause 2, as well as the art relating to the album and the promotion of the album, in connection with the use, announcement, publicity, promotion and marketing of the masters indicated in clause 2, and according to the provisions of the contracts executed with the artists.

4. <u>Ownership of Artistic Names and Relationships with Artists</u>: The Transferee acknowledges that the Transferor is the owner of the brands Titan Records, El As de la Sierra, El Halcón de la Sierra, as well as other brands and materials submitted to the Transferee under this agreement. Accordingly, the Transferee agrees to not use any of the brands, artistic names or other material that are the property of the Transferor without the written consent of the Transferor. Furthermore, the Transferee agrees to not execute or participate in any contract, recording or other artistic activity with any of the artists whose performances form part of the masters granted herein.

5. <u>Territory</u>: The United States (USA) and Puerto Rico.

6. <u>Period of Validity</u>: This agreement becomes effective starting August 1, 2012 ("Effective Date"), and shall endure for six (6) years. If the Transferee fulfills all of its obligations under this agreement faithfully and promptly, including the prompt payment of compensation indicated in the following clause, the transfer shall remain in effect until the termination of the copyrights under the corresponding laws.

7. <u>Obligations of the Transferee</u>: The Transferee agrees to faithfully fulfill the following obligations as a condition of the transfer represented by this agreement:

[signatures on left margin: Garcia / Martinez]

(a) Pay the Transferor the sum of $216,000 (two hundred sixteen thousand dollars) in monthly payments of $3,000 (three thousand dollars), beginning on the first day of August 2012 and for each month thereafter, until the first day of July 2018.

(b) Obtain the mechanical licenses necessary for the reproduction, production, distribution and sale of the phonograms resulting from the Transferee's use of the rights transferred through this agreement, and promptly issue the reports and royalty payments corresponding to the interested parties.

(c) Promptly issue the reports and artistic royalty payments to the persons to whom correspond these reports and payments relating to the use of the masters, and in accordance with the corresponding artistic contracts.

(d) Accept returns of the product previously distributed by the Transferor or by its authorized parties.

(e) Report to pay the Transferor the sums generated from any use outside of the Territory of the rights granted in this agreement, including any electronic sale, whether through iTunes or similar platforms, ring-tones, etc., and any license or concession, within 90 days following each three-month calendar period in which these sums were received and during the effective period of the corresponding copyrights. If the Transferee transfers to any third party all or some of its rights that it obtains under this contract, then any transferee or licensee shall be obligated to report and pay these royalties to the Transferor. The Transferor shall have the right to review the Transferee's books and accounts with respect to the royalties corresponding to it under this clause no more than once per year, and with prior, reasonable notice. The fact that the Transferee is obligated to report and pay the Transferor the sums generated outside the Territory does not mean that the Transferee is empowered to use the catalog outside the Territory, except for electronic use, in which case the Transferee shall be obligated to pay these sums to the Transferor.

8.  Obligations of the Transferor: The Transferor agrees to perform the following activities:

(a) Submit the materials necessary to allow the Transferee to use the rights granted herein.

(b) Provide the Transferee the information necessary to allow it to fulfill its obligation to report and pay artistic royalties.

9.  Noncompliance: In the event of any violation or noncompliance with this agreement, the responsible party agrees to pay for the damage and injury incurred, including but not limited to recovery costs and reasonable legal fees incurred by the other party as a consequence of such violation of, or noncompliance with, this Contract. No violation of this contract by either party shall be considered as a material violation unless the party alleging such violation provides a written notice to the party that is in violation of any term or condition of this contract and grants a minimum timeframe of thirty (30) days to rectify such violation or take material measures to rectify it. The remedies available to the Transferor include, but are not limited to, the termination of this license agreement and the recovery of the masters and rights

granted herein, with no obligation to return any sum that the Transferor has received from the Transferee up until that time.

10. Export and Import: Neither of the parties shall be permitted to export the physical product from its Territory to the Territory of the other party. Both parties shall work together to take preventive measures so that such incursions onto their Territory do not occur.

11. Warranty and Declarations: The Transferor declares and warrants that it has the right and capacity to execute and fulfill this contract and to grant or concede the rights indicated herein and that it has not impeded, nor shall it impede, the rights granted to the Transferee under this contract; that it is the sole owner of any album and art granted and submitted to the Transferee under this contract; that the Transferee shall have the exclusive right to use the albums and art in the forms indicated herein within the territory; that the Transferee's use of its rights under this contract – including the right to use the albums, art, artistic name or other material submitted by the Transferor – shall not violate the rights of any individual or legal entity or any law; and that the Transferee shall not be subject to any liability, obligation or claim from any third party. However, the obligation to obtain the necessary licenses and to pay the mechanical, artistic and other royalties, etc., corresponds exclusively to the Transferee.

12. Indemnity: The parties agree to indemnify each other for any claim, damage, liability, and expense resulting from any actual or alleged violation of any warranty, declaration or agreement made by that party under this contact or from any act of omission.

13. Jurisdiction/Law: This contract is executed in the State of California. Any dispute relating to this contract shall be submitted solely to the courts, whether state or federal, located within Los Angeles County, State of California. The laws of California, with the exception of the norms relating to legal conflicts, shall apply to this contract and all its provisions.

14. Notices: Any notice or communication under this contract shall be issued to the parties at the domiciles indicated in the opening paragraph of this agreement, or to any other domicile indicated in the future. The notices shall be considered delivered when they are deposited in the mail, or at the time of delivery if delivered personally; however, a notice of change of domicile shall be effective solely on the date on which it is received.

15. Miscellaneous: This contract replaces any prior agreement or understanding between the parties regarding the material thereof. No change to this contract shall be obligatory unless it is made through a document signed by the party obligated by this change. The waiver of any right or remedy under this contract shall not be considered to be a waiver of the same right or remedy in the future. All remedies and rights indicated in this contract shall be cumulative and shall not be limited to the scope of any other remedy or right. The headers of each clause are only for informative purposes and do not limit the effect of the provisions of this contract. This agreement binds and benefits the parties executing it as well as any of their transferees, heirs or licensees. The parties executing this contract agree to sign any document or cooperate in any other act that the other party deems necessary to permit the parties executing this contract to avail themselves of the benefits thereof.

16. <u>Legal Counsel/Interpretation</u>: Each party executing this contract affirms that it has had the opportunity to study and review this Contract, guided by the legal advisor of its choice, or that it has otherwise waived its right to consult with an attorney.

Accordingly, the parties sign this agreement on the <u>5th</u> day of <u>July</u>, 2012, in the city of Los Angeles, California.

Signed by Rigoberto Garcia dba Titan Records:　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　　　Rigoberto Garcia

Signed by Jose Martinez dba HyPhy Music:　　[signature]
　　　　　　　　　　　　　　　　　　　　　　Jose Martinez

[stamp: ROBERT L MICHLER
Commission # 1960918
Notary Public – California
Los Angeles County
My Comm. Expires Dec 16, 2015]

Addendum A

A-1 and following: catalog relating to El As          [hw: A-1 to A-44]

B-1 and following: catalog relating to El Halcón de la Sierra          [hw: B-1 to B-41]

C-1 and following: catalog relating to Compa Rivas          [hw: C-1 to C-20]

D-1 and following: catalog of miscellaneous artists [hw: D-1 to D-145]

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _LOS ANGELES_ }

On _7-5-12_ before me, _ROBERT L MICHLER_
    Date                       Here Insert Name and Title of the Officer

personally appeared _RIGOBERTO GARCIA   JOSE MARTINEZ_
                                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _ROBERT L MICHLER_
                          Signature of Notary Public

```
ROBERT L. MICHLER
Commission # 1960918
Notary Public - California
Los Angeles County
My Comm. Expires Dec 16, 2015
```

Place Notary Seal Above

— **OPTIONAL** —

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _CONVENIO DE COMPRA-VENTA CESION DE LICENCIA_

Document Date: _7-5-12_           Number of Pages: _5_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _R. P. G._

☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _Jose Martin_

☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association• 9350 De Soto Ave., P.O.Box 2402 •Chatsworth, CA 91313-2402• www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

["Type of Document" hw: in Spanish: PURCHASE AGREEMENT WITH TRANSFER OF LICENSE]

CONVENIO DE COMPRA-VENTA CON CESION DE LICENCIA EXCLUSIVA que celebran Rigoberto Garcia dba Titan Records ("Cedente"), cuyo domicilio es el 3697 San Gabriel River Pkwy, Pido Rivera, CA 90660, por una parte, y Jose Martinez dba HyPhy Music ("Cesionario"), cuyo domicilio de el 1630 E. Shaw, Fresno, CA 93701, por la otra, al tenor de las disposiciones del presente convenio.

     1.    <u>Tipo de contrato</u>: Cesión de derechos

     2.    <u>Catálogo</u>: los másters señalados en el Anexo A de este convenio, que consiste de varios álbumes, incluyendo compilados. Por lo tanto, hay selecciones que irán duplicadas en más de un álbum incluido en catálogo. Las partes reconocen y aceptan que el catálogo cedido no incluye ninguna producción grabada por Rigoberto Garcia o Titan Records después del 1ro de Julio de 2012, aunque dicha grabación incluya la prestación de algún artista cuya grabación va incluida en el catálogo de este convenio.

     3.    <u>Derechos cedidos</u>: (a) El Cedente cede al Cesionario todos los derechos que por ley le correspondan bajo las leyes y contratos aplicables, inclusive las leyes de derecho de autor, durante la duración de dichos derechos, para reproducir, distribuir, promover y comercializar los másters señalados en la cláusula 2 arriba dentro del Territorio en los formatos físicos y electrónicos que ahora existan o que en el futuro se desarrollen.

     (b)    El Cedente cede al Cesionario todos los derechos del Cedente relacionados a la utilización del nombre, seudónimo, semejanza, firma y material biográfico de cualquier artista cuya prestación musical aparece en el catálogo señalado en la cláusula 2, así como el arte relacionado al álbum, y la promoción del mismo, en conexión con la explotación, anuncio, publicidad, promoción y comercialización de los másters señalados en la cláusula 2, y conforme con las disposiciones de los contratos celebrados con los artistas.

     4.    <u>Titularidad de los nombres artísticos y relación con los artistas</u>. El Cesionario reconoce que el Cedente es el dueño de las marcas Titan Records, El As de la Sierra, El Halcón de la Sierra, así como otras marcas y material entregado al Cesionario bajo este convenio. Por lo tanto, el Cesionario se compromete a no utilizar ninguna de las marcas, nombres artísticos u otro material propiedad del Cedente sin el consentimiento escrito del Cedente. Asímismo, el Cesionario se compromete a no celebrar ni participar en ningún contrato, grabación u otra actividad artística con ninguno de los artistas cuyas prestaciones forman parte de los másters aquí concedidos.

     5.    <u>Territorio</u>: Estados Unidos (USA) y Puerto Rico.

     6.    <u>Vigencia</u>: Este convenio entra en vigor a partir del 1ro de Agosto de 2012 ("la Fecha Efectiva"), y tendrá una duración de seis (6) años. Si el Cesionario cumple fielmente y oportunamente con todas sus obligaciones bajo el presente convenio, incluyendo el pago oportuno de las contraprestaciones señaladas en la siguiente cláusula, la cesión seguirá en vigor por el término de los derechos de autor correspondientes bajo las leyes correspondientes.

     7.    <u>Obligaciones del Cesionario</u>. El Cesionario se compromete a cumplir fielmente con las siguientes obligaciones como condición de la cesión representada por este convenio:



(a)    Pagar al Cedente la cantidad de $216,000 (doscientos dieciséis mil dólares) en pagos mensuales de $3,000 (tres mil dólares), comenzando el primer día de Agosto de 2012 y cada primero del mes siguiente hasta el primero de Julio de 2018.

(b)    Conseguir las licencias mecánicas necesarias para la reproducción, fabricación, distribución y venta de los fonogramas que resulten de la explotación por parte del Cesionario de los derechos concedidos a través del presente convenio, y realizar oportunamente los reportes y pagos de las regalías correspondientes a los interesados.

(c)    Realizar oportunamente los reportes y pagos de regalías artísticas a las personas a las cuales correspondan dichos reportes y pagos en relación a la explotación de los másters, y de acuerdo con los contratos artísticos correspondientes.

(d)    Aceptar las devoluciones de producto anteriormente distribuido por el Cedente o por sus autorizados.

(e)    Reportar y liquidar al Cedente las cantidades generadas de cualquier explotación fuera del Territorio de los derechos aquí cedidos, incluyendo cualquier venta electrónica, ya sea por iTunes o parecidos, ring-tones, etc., cualquier licencia o concesión, dentro de 90 días después de cada semestre natural en el cual se reciben dichas cantidades y durante la vigencia de los derechos de autor correspondientes. Si el Cesionario cede sus derechos, o alguno de ellos, que consigue bajo este contrato, a algún tercero, cualquier cesionario o concesionario de sus derechos quedará obligado para reportar y pagar dichas regalías al Cedente. El Cedente tendrá el derecho de revisar los libros y cuentas del Cesionario con respecto a las regalías que le correspondan bajo esta cláusula no más de una vez al año con previo aviso razonable. El hecho de que el Cesionario tenga la obligación de reportar y pagar al Cedente las cantidades generadas desde afuera del Territorio, no quiere decir que el Cesionario quede facultado para explotar el catálogo fuera del Territorio, a menos que sea la explotación electrónica, y en ese caso con la condición de pagar dichas cantidades al Cedente.

8.    <u>Obligaciones del Cedente</u>. El Cedente se compromete a realizar las siguientes actividades:

(a)    Entregar los materiales necesarios para permitir al Cesionario explotar los derechos aquí concedidos.

(b)    Proporcionar al Cesionario la información necesaria para permitirle cumplir con la obligación de reportar y pagar las regalías artísticas.

9.    <u>Incumplimiento</u>. Si llegara a existir violación o incumplimiento de este convenio, la parte que ha incumplido se compromete a pagar los daños y perjuicios ocasionados, incluyendo, y no limitándose a los costos de recuperación y honorarios razonables legales en que incurra la otra parte y que resulten como consecuencia de tal violación o incumplimiento a este Contrato. Ninguna violación del presente contrato por cualquier celebrante, se considerará como una violación material a menos que el celebrante que alega tal violación haya dado un aviso escrito a la parte que está en violación de cualquier término o condición del presente, otorgándole un plazo mínimo de treinta (30) días para remediar tal violación o tomar medidas materiales para remediarlas. Los remedios al alcance del Cedente incluyen, pero no se limitan, a la terminación del presente convenio de licencia, y la recuperación de los másters y derechos

aquí concedidos, sin obligación a devolver ninguna cantidad que el Cedente haya recibido del Cesionario hasta ese momento.

10.   Exportación, Importación.  Ningunas las partes permitirá la exportación de producto físico de su Territorio al Territorio del otro.  Ambas partes colaborarán en las medidas preventivas para que no ocurra dichas incursiones a su Territorio.



11.   Garantía y Declaraciones:  El Cedente declara y garantiza que tiene el derecho y capacidad para celebrar y cumplir con este contrato y de ceder o conceder los derechos aquí señalados y que no ha hecho ni hará nada que pueda impedir los derechos cedidos al Cesionario bajo el presente, que es el único dueño de cualquier álbum y arte cedidos y entregados al Cesionario bajo el presente contrato, que el Cesionario tendrá el derecho exclusivo de explotar los álbumes y arte en los formatos aquí señalados dentro del territorio, que el ejercicio por el Cesionario de sus derechos bajo el presente, inclusive el derecho de explotar los álbumes, arte, nombre artístico u otro material entregado por el Cedente, no violará los derechos de ninguna persona física o moral o alguna ley, y no sujetará a Cesionario a ninguna responsabilidad, obligación o reclamo de algún tercero.  Sin embargo, la obligación de conseguir las licencias necesarias y de pagar las regalías mecánicas, artísticas y otras, etc., le corresponde exclusivamente al Cesionario.

12.   Indemnización:  Las partes se comprometen a indemnizar, el uno al otro,  por cualquier reclamo, daño, responsabilidad, y gasto que resulte de cualquier violación efectiva o alegada de cualquier garantía, declaración o convenio hecho por esa parte dentro del presente contrato o cualquier acto u omisión.

13.   Jurisdicción/ Ley:  Este contrato se celebra dentro del estado de California. Cualquier disputa relacionada a este contrato se presentará exclusivamente a las cortes, tanto del estado como federales, que se encuentran dentro del condado de Los Angeles, estado de California.  Las leyes de California, menos los principios relacionados a los conflictos de ley, se aplicarán a este contrato y todas sus disposiciones.



14.   Avisos.  Cualquier aviso o comunicación bajo el presente contrato se hará a las partes a los domicilios señalados en el párrafo inicial del presente convenio, o a cualquier otro domicilio que en el futuro señalen.  Los avisos se considerarán enviados cuando se depositen en el correo o, si se efectúa una entrega personal, en el momento de entrega, salvo que un aviso de cambio de domicilio será efectivo solamente en la fecha en que se reciba.

15.   Misceláneo:  El presente contrato remplaza cualquier acuerdo y entendimiento anterior entre las partes con respecto a la materia del mismo.  Ningún cambio al presente contrato será obligatorio a menos que se efectúe a través de un documento firmado por la parte obligada por dicho cambio.  La renuncia de cualquier derecho o remedio bajo el presente contrato no se considerará como una renuncia de lo mismo en el futuro.  Todo remedio y derecho señalado en el presente contrato será acumulativo y no se limitará al alcance de algún otro remedio o derecho.  Las cabeceras de cada cláusula son informativas solamente y no limitan el efecto de las disposiciones del presente contrato.  Este convenio compromete y beneficia a los celebrantes y a cualquier cesionario, heredero o concesionario de ellos.  Los celebrantes se compromete a firmar cualquier documento o colaborar en cualquier otro acto que el otro considere necesario para permitir a los celebrantes aprovecharse de los beneficios del presente contrato.

16.    Consulta legal/interpretación.  Cada celebrante del presente convenio afirma que ha tenido la oportunidad de estudiar y revisar este Contrato, asesorado por el asesor legal de su elección, o de lo contrario renuncia el derecho de consultarlo con un abogado.

En señal de conformidad, los celebrantes firman este convenio en el día ___5^Th___

del mes de ___July___ de 2012, en la ciudad de Los Angeles, California.

Por Rigoberto Garcia dba Titan Records: _____
Rigoberto Garcia

Por Jose Martinez dba HyPhy Music: _____
Jose Martinez



ROBERT L. MICHLER
Commission # 1960916
Notary Public - California
Los Angeles County
My Comm. Expires Dec 16, 2015

Anexo A

**A-1 y adelante:** catálogo relacionado con El As   $A-1$ $a$ $A-44$

**B-1 y adelante:** catálogo relacionado con El Halcón de la Sierra $B-1$ $a$ $B-41$

**C-1 y adelante:** catálogo relacionado con el Compa Rivas   $C-1$ $a$ $C-20$

**D-1 y adelante:** catálogo de artistas misceláneos $D-1$ $a$ $D-145$

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ }

On _7-5-12_ before me, _Robert L Michler_
     Date                          Here Insert Name and Title of the Officer

personally appeared _Rigoberto Garcia   Jose Martinez_
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> **ROBERT L. MICHLER**
> Commission # 1960916
> Notary Public - California
> Los Angeles County
> My Comm. Expires Dec 16, 2015

Place Notary Seal Above

Signature _Robert L Michler_
                    Signature of Notary Public

―――――――――――――― **OPTIONAL** ――――――――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _Convenio De Compra-Venta Cesion De Licencia_

Document Date: _7-5-12_                                    Number of Pages: _5_

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _R.i P. G_
- ☒ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

> RIGHT THUMBPRINT
> OF SIGNER
> Top of thumb here

Signer's Name: _Jose Martin_
- ☒ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

> RIGHT THUMBPRINT
> OF SIGNER
> Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827



B-2



# EXHIBIT "B"

1
2
3
4   Below is a list of the known websites where Defendants posted the copyright protected sounds
5   recordings.
6       1.  iTunes removed the content; however, a copy of the listing is provided.
7       2.  YouTube URL: http://www.youtube.com/watch? v=7EIyI_gbJpA
8       3.  Spotify URL: *https://play.spotify.com/album/2ehYvfvl7VkwotLjXZrXXk*
9       4.  Spotify URL: *https://play.spotify.com/album/3pEnx7kuC4BoQ60iGasgSG*
10      5.  Google Play URL:
11          *https://play.google.com/store/music/album/El_Halcon_De_La_Sierra_Corridos?id=Br4*
12          *dq7slb64x6kbssnqgzoenyie*
13      6.  eMusic URL: *http://www.emusic.com/album/el-halcon-de-la-sierra/corridos/14875118/*
14      **7.  YouTube Channel URL:**
15          **https://www.youtube.com/playlist?list=PLnr9pauOVL2iEbaJWQFPlzdlY2z487cUA**
16
17
18
19
20
21
22
23
24
25
26
27
28

TUCKER CHIU
HEBESHA SEYMOUR PC
642 POLLASKY AVE., # 230
CLOVIS, CA  93612

Search

Home
Trending
History
Get YouTube Red

BEST OF YOUTUBE

🎵 Music
⬡ Sports
🎮 Gaming
🎬 Movies
📺 TV Shows
📰 News
(•) Live
✎ Spotlight
◉ 360° Video

Browse channels

Sign in now to see your
channels and
recommendations!

## Corridos

| Home | Videos | Playlists | Channels | About |



### Corridos

El Halcon De La Sierra · 11 videos · 14,191 views · Last updated on Jan 17, 2017

Play all    Share    Save


**1**    Al Mismo Nivel
by El Halcon De La Sierra - Topic


**2**    Alfredo Beltran
by El Halcon De La Sierra - Topic


**3**    Chunel Miranda
by El Halcon De La Sierra - Topic


**4**    Al Ausente
by El Halcon De La Sierra - Topic


**5**    El Hijo Desobediente
by El Halcon De La Sierra - Topic


**6**    Elpidio Pazos
by El Halcon De La Sierra - Topic


**7**    Y Lloro Por Ella
by El Halcon De La Sierra - Topic


**8**    Fierro Barraza
by El Halcon De La Sierra - Topic

**9**    Jaime Barraza
by El Halcon De La Sierra - Topic

**10**    La Perra Flaca
by El Halcon De La Sierra - Topic

**11**    Se Mamo El Becerro
by El Halcon De La Sierra - Topic

Skip navigation

Language: English ▼    Content location: United States ▼    Restricted Mode: Off ▼    History    Help

Search

Home

Trending

History

Get YouTube Red

BEST OF YOUTUBE

Music

Sports

Gaming

Movies

TV Shows

News

Live

Spotlight

360° Video

Browse channels

**Sign in** now to see your
channels and
recommendations!

| From: | Jose Martinez |
|---|---|
| To: | CJ Ramirez |
| Subject: | Fw: ITS57892 Hyphy Music Inc. |
| Date: | Monday, January 30, 2017 5:33:59 PM |
| Attachments: | Content_Finance__ITS57892.xlsx |

On Wednesday, March 30, 2016 10:00 AM, iTunes Store Notices <itunesstorenotices@apple.com> wrote:

Hello Jose,

The content has been removed from the iTunes Store. Please keep in mind that our system needs time to refresh!

If you would like to receive data on any royalties paid (to the extent there were any sales) for purposes of resolving your dispute with the provider(s), please forward this email, in its entirety, to our Finance Department at royalty@apple.com.

Please note that we have already paid applicable royalties (if any) to the providers. You will need to contact them directly to recover any royalties paid.

UPLOAD CONTENT PROVIDER: DH1 MEDIA INC
ARTISTS: El Halcon de la Sierra
ALBUM ADAM ID: 1023111980
ALBUM TITLE: Corridos
GRID / UPC: 682858319383
Issue: Sound Recording
-

Best Regards,

Erin

| Erin Johnson | Internet Services Legal | Apple | 1 Infinite Loop | Cupertino | CA | 95014

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

| VENDOR_NUMBER | CONTENT PROVIDER | TERRITORIES REMOVED | ARTISTS | UPC | APPLE ID | ALBUM / SONG TITLE | Search From | Search To |
|---|---|---|---|---|---|---|---|---|
| | DH1 MEDIA INC | US, CA, JP, AU, GB, AT, BE, DK, FI, FR, DE, GR, IE, IT, LU, NL, NO, PT, ES, SE, CH, NZ, AR, BR, CL, CO, CR, CZ, GT, HK, HU, ID, IL, IN, LK, MX, MY, PA, PE, PH, PL, RO, RU, SG, SI, SK, SV, TH, TR, TW, VE, VN, ZA, DO, EC, EE, HN, KZ, LV, MO, MT, MD, NI, PY, LT, AM, BG, BW, KE, MU, NE, UG, AI, AG, AZ, BS, BB, BY, BZ, BM, BO, VG, BN, KY, CY, DM, GH, GD, NG, KN, TT, UZ, BF, KH, CV, FJ, | El Halcon de la Sierra | 682858319383 | 1023111980 | Corridos | 4/3/2003 | |
| | | | | | 1023111983 | Palomas Que Andan Volando | 4/3/2003 | |
| | | | | | 1023111984 | Al Mismo Nivel | 4/3/2003 | |
| | | | | | 1023111985 | Alfredo Beltran | 4/3/2003 | |
| | | | | | 1023111986 | Chunel Miranda | 4/3/2003 | |
| | | | | | 1023111987 | Al Ausente | 4/3/2003 | |
| | | | | | 1023111988 | El Hijo Desobediente | 4/3/2003 | |
| | | | | | 1023111989 | Elpidio Pazos | 4/3/2003 | |
| | | | | | 1023111990 | Y Lloro Por Ella | 4/3/2003 | |
| | | | | | 1023112235 | Fierro Barraza | 4/3/2003 | |
| | | | | | 1023112236 | Jaime Barraza | 4/3/2003 | |
| | | | | | 1023112237 | La Perra Flaca | 4/3/2003 | |
| | | | | | 1023112238 | Se Mamo El Becerro | 4/3/2003 | |

# iTunes Preview

Overview    Music    Video    Charts

iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Corridos* by El Halcon de la Sierra, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    [ I Have iTunes ]

[ Free Download ⊙ ]

## Corridos

**El Halcon de la Sierra**

Open iTunes to preview, buy, and download music.

View More by This Artist



$8.99
Genres: Regional Mexicano, Music, Latino
Released: Mar 01, 2015
℗ 2015 Vaquero Music
(Exclusivamente distribuido por DH1 MEDIA, INC)

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Palomas Que Andan Vola... | El Halcon de la Sierra | 3:37 | $0.99 | View in iTunes |
| 2 | Al Mismo Nivel | El Halcon de la Sierra | 2:49 | $0.99 | View in iTunes |
| 3 | Alfredo Beltran | El Halcon de la Sierra | 2:48 | $0.99 | View in iTunes |
| 4 | Chunel Miranda | El Halcon de la Sierra | 3:49 | $0.99 | View in iTunes |
| 5 | Al Ausente | El Halcon de la Sierra | 3:14 | $0.99 | View in iTunes |
| 6 | El Hijo Desobediente | El Halcon de la Sierra | 3:30 | $0.99 | View in iTunes |
| 7 | Elpidio Pazos | El Halcon de la Sierra | 3:03 | $0.99 | View in iTunes |
| 8 | Y Lloro Por Ella | El Halcon de la Sierra | 2:33 | $0.99 | View in iTunes |
| 9 | Fierro Barraza | El Halcon de la Sierra | 4:10 | $0.99 | View in iTunes |
| 10 | Jaime Barraza | El Halcon de la Sierra | 2:33 | $0.99 | View in iTunes |
| 11 | La Perra Flaca | El Halcon de la Sierra | 3:13 | $0.99 | View in iTunes |
| 12 | Se Mamo El Becerro | El Halcon de la Sierra | 3:44 | $0.99 | View in iTunes |

12 Songs

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Contemporaries

El Veloz de Sinaloa

## Top Albums and Songs by El Halcon de la Sierra

    

1. Coleccion Diama...
View in iTunes
2. 20 Exitos 2 Gallo...
View in iTunes
3. Coleccion Diama...
View in iTunes
4. Coleccion Diama...
View in iTunes
5. Colección Privad...
View in iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Pajarillo | Coleccion Diamante 3 | 6:21 | $0.99 | View in iTunes |
| 2 | Corrido Del 8 | Corrido Del 8 | 3:17 | $0.99 | View in iTunes |
| 3 | Aquel Amor | Tus Lindos Ojitos | 3:18 | $0.99 | View in iTunes |
| 4 | Me Gusta Tener De a Dos | Me Gusta Tener De a Dos | 3:22 | $0.99 | View in iTunes |
| 5 | El Coco | Coleccion Diamante 2 | 3:43 | $0.99 | View in iTunes |
| 6 | La Yaquesita | La Chuparosa | 3:32 | $0.99 | View in iTunes |
| 7 | El Frijolito | Coleccion Diamante 2 | 2:03 | $0.99 | View in iTunes |
| 8 | La Rubia Y La Morena | Tus Lindos Ojitos | 3:34 | $0.99 | View in iTunes |

| From: | Jose Martinez |
|---|---|
| To: | CJ Ramirez |
| Subject: | Fw: Fwd: [0-1297000015494] New Copyright Counter-Notification |
| Date: | Tuesday, January 24, 2017 2:04:34 PM |

On Friday, January 20, 2017 2:34 PM, Jav Eli <corridovip@gmail.com> wrote:

---------- Forwarded message ----------
From: **YouTube** <copyright@youtube.com>
Date: Mon, Jan 16, 2017 at 9:38 PM
Subject: Re: [0-1297000015494] New Copyright Counter-Notification
To: corridovip@gmail.com



We received the attached counter notification in response to a complaint you filed with us.
We're providing you with the counter notification and await evidence (in not more than 10
business days) that you've filed an action seeking a court order against the counter notifier to
restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit
against the uploader who filed the counter notification, which names the specific YouTube
URL(s) at issue.
If we don't receive notice from you, we may reinstate the material to YouTube.
If you have any questions, please contact copyright@youtube.com.
Counter-Notification as follows:
Videos included in counter-notification:

- http://www.youtube.com/watch? v=7Elyl_gbJpA

Display name of uploader: Música de Arranque
We have the Rights From Vaquero Music To have this video. This recording belongs to
Vaquero Music/Luna Music Group
I swear, under penalty of perjury, that I have a good faith belief the material was removed due
to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is
located, or if my address is outside of the United States, the judicial district in which YouTube
is located, and will accept service of process from the claimant.
David Hernandez
701 E Canal Drive
Turlock, CA 95380 US
musicadearranque@gmail.com
4157358236

Help center · Email options · Report spam

©2017 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Jose Martinez |
| **To:** | CJ Ramirez |
| **Subject:** | Fw: Query regarding - - Claim 05031095 [ ref:_00DD0pxIW._5005719suK1:ref ] |
| **Date:** | Monday, January 30, 2017 5:31:50 PM |

On Tuesday, March 29, 2016 5:43 AM, "infringement-claim-response@spotify.com" <infringement-claim-response@spotify.com> wrote:

Hi,

Thanks for reaching out. The product has been taken down whilst it's under investigation. Please allow 48 hours for the action to be reflected in our client.

Affected URI:
https://play.spotify.com/album/2ehYvfvl7VkwotLjXZrXXk
https://play.spotify.com/album/3pEnx7kuC4BoQ60iGasgSG

I will reach out to the provider of this content and will let you know what the response is from the label.

Best regards,



Spotify Web Player - Spo
https://play.spotify.com/album/2ehYvfvl7VkwotLjXZrXXk
Search
Browse
Radio
Your Music
Follow
ALBUM
Corridos
PLAY
SAVE
By El Halcon De La Sierra • 2014 • 12 songs, 39 min
# SONG
1 Palomas Que Andan Volando 3:37
2 Al Mismo Nivel 2:49
3 Alfredo Beltran 2:48
4 Chunel Miranda 3:50
8 El Hijo Desobediente 3:30
9 Fierro Barraza 4:11
11 La Perra Flaca 3:14
12 Se Mamo El Becerro 3:44
MORE BY EL HALCON DE LA SIERRA

Try Google Play with Chrome
Chrome is a fast, secure browser with updates built in

NO THANKS    YES

Music    Home    Top Charts    New Releases

My music

Shop    Search    Sign in



## Corridos

**El Halcon De La Sierra**  March 27, 2014
**Latin**   ℗ 2015 Vaquero Music (Exclusivamente distribuido por DH1 MEDIA, INC)    19

Add to Wishlist    FREE TRIAL    $6.99

Listen to this album and millions more. First month Free.

Account
Redeem
Send gift
Add credit
My wishlist
My Play activity
Parent Guide

SONGS

| # | | | |
|---|---|---|---|
| 1 | Palomas Que Andan Volando | 3:37 | $1.29 |
| 2 | Al Mismo Nivel | 2:49 | $1.29 |
| 3 | Alfredo Beltran | 2:48 | $1.29 |
| 4 | Chunel Miranda | 3:49 | $1.29 |
| 5 | Al Ausente | 3:14 | $1.29 |
| 6 | El Hijo Desobediente | 3:30 | $1.29 |
| 7 | Elpidio Pazos | 3:03 | $1.29 |
| 8 | Y Lloro Por Ella | 2:33 | $1.29 |
| 9 | Fierro Barraza | 4:10 | $1.29 |
| 10 | Jaime Barraza | 2:33 | $1.29 |
| 11 | La Perra Flaca | 3:13 | $1.29 |
| 12 | Se Mamo El Becerro | 3:44 | $1.29 |



| Music | | Genres | REVIEWS | Home | Top Charts | New Releases | Write a Review |

My music

Shop

4.8

19 total

| 5 | 16 |
| 4 | 2 |
| 3 | 1 |
| 2 | 0 |
| 1 | 0 |

**Luis Castro**
*Love all songs Cordidos*

Account

Redeem

Send gift

Add credit

My wishlist

My Play activity

Parent Guide

**ADDITIONAL INFORMATION**

**Genres**
Latin

**Tracks**
12

**Released**
March 27, 2014

**Label**
© 2015 Vaquero Music

**File type**
MP3

**Access type**
Streaming and by
permanent download to
your computer and/or
device

**Internet connection**
Required for streaming
and downloading

**Playback information**
Via Google Play Music
app on Android v4+, iOS
v7+, or by exporting MP3
files to your computer
and playing on any MP3
compatible music player

**Report**
Flag as inappropriate

More Albums                                      See more



El R1
El Halcon De La Sierra

Me Gusta Tener De
El Halcon De La Sierra

Culpable O Inocente
El Halcon De La Sierra

Corazones Rotos
El Halcon De La Sierra

$9.49                    $9.49                    $9.49                    $9.49

©2017 Google    Site Terms of Service  Privacy  Developers  Artists  About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy
Notice .



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

All Music    el halcon de la sierra

**BROWSE    GENRES    CHARTS    INFINITE    REVIEWS    AUDIOBOOKS    MY MUSIC**

ALBUMS    NEW ARRIVALS    FREE SAMPLERS    DAILY DOWNLOAD

Free Unlimited Cloud Storage, up to 50% Off New Music and a Free Trial    LEARN MORE ▶

## Corridos
EL HALCON DE LA SIERRA

RATE IT!
(0 RATINGS)

| | SAMPLE ALBUM | | MEMBER | RETAIL |
|---|---|---|---|---|
| | | | $5.88 | $9.99 |
| 01 | Palomas Que And... | 3:37 | $0.49 | $0.99 |
| 02 | Al Mismo Nivel | 2:49 | $0.49 | $0.99 |
| 03 | Alfredo Beltran | 2:48 | $0.49 | $0.99 |
| 04 | Chunel Miranda | 3:50 | $0.49 | $0.99 |
| 05 | Al Ausente | 3:15 | $0.49 | $0.99 |
| 06 | El Hijo Desobedie... | 3:30 | $0.49 | $0.99 |
| 07 | Elpidio Pazos | 3:03 | $0.49 | $0.99 |
| 08 | Y Lloro Por Ella | 2:33 | $0.49 | $0.99 |
| 09 | Fierro Barraza | 4:11 | $0.49 | $0.99 |
| 10 | Jaime Barraza | 2:34 | $0.49 | $0.99 |
| 11 | La Perra Flaca | 3:14 | $0.49 | $0.99 |
| 12 | Se Mamo El Bece... | 3:44 | $0.49 | $0.99 |

**ALBUM INFORMATION**

Total Tracks: 12  Total Length: 39:08

**Artist:** El Halcon De La Sierra (See All Albums by El Halcon De La Sierra)
**Date Released:** Mar 27, 2014
**Genre:** International
**Label:** Vaquero Music / Audio Bee
**Bitrate:** Variable

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER



**About Us**
About eMusic
eStories Audiobooks
Terms of Use (updated 10/27/16)
Privacy Policy (updated 7/12/16)

**Tools & Resources**
Download Manager
iPhone App
Android App

**Forums & Social**
Message Boards
eMusic on Facebook
eMusic on Twitter
Instagram

**Goodies**
Buy/Redeem Gift Subscriptions
Support Music

**Help**
Contact Us

© 1998 - 2017 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2017 Rovi Corporation.
For personal non-commercial use only. All rights reserved.