Register of Copyrights

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s);

| ☑ ACTION        ☐ APPEAL | COURT NAME AND LOCATION<br>**US District Court Eastern California** | |
|---|---|---|
| DOCKET NO.<br>**1:17–CV–00182–DAD–SKO** | DATE FILED<br>**2/21/17** | **Fresno** |
| PLAINTIFF<br><br>**HYPHY MUSIC, INC.** | | DEFENDANT<br><br>**JOSE DAVID HERNANDEZ, ET AL.** |

| COPYRIGHT<br><br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐   Amendment        ☐   Answer        ☐   Cross Bill        ☐   Other Pleadings | |
|---|---|---|
| COPYRIGHT<br><br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above–entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐   ORDER        ☐   JUDGMENT | WRITTEN OPINION ATTACHED<br>☐   YES        ☐   NO | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |