DOUGLAS TUCKER #172550
KRISTINA D. GARABEDIAN #302970
TUCKER CHIU HEBESHA SEYMOUR PC
642 Pollasky Avenue, Suite 230
Clovis, California 93612
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for **Plaintiff**
**HYPHY MUSIC, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE DAVID HERNANDEZ, an individual and dba MUSICA DE ARRANQUE; KEVIN BERGER, an individual; JAVIER MORALES, an individual; JOEL MEDINA, an individual; COLONIZE MEDIA, INC., a California corporation; M-GEN STREAM, INC., a California corporation; DH1 TALENT DEVELOPMENT, INC., a California corporation; DH1 MEDIA, INC., a California corporation; LUNA MUSIC CORPORATION, a California corporation; ABEL DE LUNA, an individual and dba VAQUERO MUSIC; and DOES 1 through 50, <br><br> Defendants. | Case No.: **1-17-cv-00182-DAD-SKO** <br><br><br> VOLUNTARY DISMISSAL OF: <br><br> (1) KEVIN BERGER, an individual <br> (2) JAVIER MORALES, an individual <br> (3) JOEL MEDINA, an individual |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD, IF ANY:

Plaintiff hereby voluntarily dismisses the following named defendants:

(1) KEVIN BERGER, an individual

---
1
**VOLUNTARY DISMISSAL**

1  (2) JAVIER MORALES, an individual

2  (3) JOEL MEDINA, an individual

3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Such dismissal shall be without
4 prejudice.

5  Dated: March 22, 2017.

6                                            TUCKER CHIU HEBESHA SEYMOUR PC

8  By: */s/ Douglas Tucker*
          DOUGLAS TUCKER
9          KRISTINA D. GARABEDIAN
          Attorneys for Plaintiff
10          HYPHY MUSIC, INC.

11
H:\1249005\PLDG\Voluntary dismissal of parties.doc