1  DOUGLAS TUCKER #172550
   KRISTINA D. GARABEDIAN #302970
2  TUCKER CHIU HEBESHA SEYMOUR PC
   642 Pollasky Avenue, Suite 230
3  Clovis, California 93612
   Telephone: (559) 472-9922
4  Facsimile: (559) 472-9892

5  Attorneys for **Plaintiff**
   **HYPHY MUSIC, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE DAVID HERNANDEZ, an individual and dba MUSICA DE ARRANQUE; KEVIN BERGER, an individual; JAVIER MORALES, an individual; JOEL MEDINA, an individual; COLONIZE MEDIA, INC., a California corporation; M-GEN STREAM, INC., a California corporation; DH1 TALENT DEVELOPMENT, INC., a California corporation; DH1 MEDIA, INC., a California corporation; LUNA MUSIC CORPORATION, a California corporation; ABEL DE LUNA, an individual and dba VAQUERO MUSIC; and DOES 1 through 50, <br><br> Defendants. | Case No.: **1-17-cv-00182-DAD-SKO** <br><br> **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; AND ORDER** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,** that the Mandatory Scheduling Conference set for May 25, 2017 at 9:45 a.m. in Courtroom 7 be continued at least 60 days in order to provide the recently served parties time to investigate the case. This will allow time for a meaningful meet and confer process before the Mandatory

1 Scheduling Conference.  LUNA MUSIC CORPORATION and ABEL DE LUNA individually and dba VAQUERO MUSIC were served on April 24, 2017 and their time to file a responsive pleading has not yet run.  The other Defendants have recently filed an answer and additional time to investigate and locate documents would be beneficial to all parties involved.

In the interest of judicial efficiency Plaintiff HYPHY MUSIC, INC and Defendants JOSE DAVID HERNANDEZ individually and dba MUSICA DE ARRANQUE, DH1 TALENT DEVELOPMENT, INC., DH1 MEDIA, INC., M-GEN STREAM, INC., and COLONIZE MEDIA, INC. stipulate to a continuance of the Mandatory Scheduling Conference.

Dated:  May 3, 2017.

TUCKER CHIU HEBESHA SEYMOUR PC

By: */s/ Kristina D. Garabedian*
DOUGLAS TUCKER
KRISTINA D. GARABEDIAN
Attorneys for Plaintiff
HYPHY MUSIC, INC.

Dated:  May 3, 2017.

HEFNER, STARK, & MAROIS, LLP

By: */s/ Kirk E. Giberson*
KIRK E. GIBERSON
THOMAS P. GRIFFIN, Jr.
Attorneys for Defendants
JOSE DAVID HERNANDEZ individually and dba MUSICA DE ARRANQUE, DH1 TALENT DEVELOPMENT, INC., DH1 MEDIA, INC., M-GEN STREAM, INC., and COLONIZE MEDIA, INC.

//
//
//
//
//
//
//
//

TUCKER CHIU
HEBESHA SEYMOUR PC
642 POLLASKY AVE., # 230
CLOVIS, CA  93612

**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**

## ORDER

Pursuant to the parties' above "Stipulation to Continue Mandatory Scheduling Conference" (Doc. 11), and good cause appearing, the Court hereby **CONTINUES the Scheduling Conference to July 27, 2017, at 9:45 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.** The parties shall file their Joint Scheduling Report by no later than July 20, 2017.

IT IS SO ORDERED.

Dated: **May 4, 2017**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

TUCKER CHIU
HEBESHA SEYMOUR PC
642 POLLASKY AVE., # 230
CLOVIS, CA 93612