UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation,<br><br>Plaintiffs,<br><br>-vs.-<br><br>JOSE DAVID HERNANDEZ, an individual and dba MUSICA DE ARRANQUE; KEVIN BERGER, an individual; JAVIER MORALES, an individual; JOEL MEDINA, an individual; COLONIZE MEDIA, INC., a California corporation; M-GEN STREAM, INC., a California corporation; DH1 TALENT DEVELOPMENT, INC., a California corporation; DH1 MEDIA, INC., a California corporation; LUNA MUSIC CORPORATION, a California corporation; ABEL DE LUNA, an individual and dba VAQUERO MUSIC; and DOES 1 through 50,<br><br>Defendants. | No. 1:17-cv-00182-DAD-SKO<br><br>**ORDER GRANTING AN EXTENSION OF TIME IN EXCESS OF 28 DAYS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Local Rule 144(a)**<br><br>(Doc. 29) |

Before the Court is a stipulation of Plaintiff and Defendant Abel De Luna for an extension of time for Defendant Abel De Luna to respond to Plaintiff's First Amended Complaint. (Doc. 29.) The parties indicate that "[i]n light of the fact that Plaintiff has elected not to file any amendment to the First Amended Complaint, it is now appropriate for Defendant Abel De Luna to file a response to the First Amended Complaint." (Doc. 29, ¶ 5.) For good cause shown, IT IS ORDERED that Defendant ABEL DE LUNA's deadline to respond to Plaintiff's First Amended Complaint is extended to December 4, 2017.

IT IS SO ORDERED.

-1-

*HYPHY MUSIC v. HERNANDEZ* **ORDER**

Dated: **November 21, 2017**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE