AO 154 (10/03) Substitution of Attorney

NOV 2 1 2017

# UNITED STATES DISTRICT COURT

CLERK
EASTERN DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

**EASTERN**  District of  **CALIFORNIA**

HYPHY MUSIC, INC.

Plaintiff (s),

V.

JOSE DAVID HERNANDEZ, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**    1:17-CV-00182-DAD-SKO

Notice is hereby given that, subject to approval by the court, _____ Abel De Luna _____ substitutes
                                                                                    (Party (s) Name)

_____ Steven J. Eyre _____ , State Bar No. 119714 _____ as counsel of record in
        (Name of New Attorney)

place of _____ Abel De Luna _____ .
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Law Office of Steven J. Eyre

Address:          3550 Wilshire Blvd Ste 1440, Los Angeles, CA 90012

Telephone:        (213) 814-4416          Facsimile  (213) 985-2159

E-Mail (Optional):  stevenjeyre@gmail.com

I consent to the above substitution.

Date: _____ 11/17/2017 _____

                                                            (Signature of Party (s))
                                                            Abel De Luna

I consent to being substituted.

Date: _____ 11/17/2017 _____

                                                            (Signature of Former Attorney (s))
                                                            Abel De Luna

I consent to the above substitution.

Date: _____ 11/17/2017 _____

                                                            (Signature of New Attorney)
                                                            Steven J. Eyre

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ November 21, 2017 _____

                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]