STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 420
LOS ANGELES, CALIFORNIA  90010
(213) 814-4416
Fax (213) 985-2159
stevenjeyre@gmail.com

Attorney for defendant Abel de Luna

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

2500 Tulare Street, Fresno, California  93721

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation,<br><br>            Plaintiffs,<br><br>-vs.-<br><br>JOSE DAVID HERNANDEZ, an individual and dba MUSICA DE ARRANQUE; KEVIN BERGER, an individual; JAVIER MORALES, an individual; JOEL MEDINA, an individual; COLONIZE MEDIA, INC., a California corporation; M-GEN STREAM, INC., a California corporation; DH1 TALENT DEVELOPMENT, INC., a California corporation; DH1 MEDIA, INC., a California corporation; LUNA MUSIC CORPORATION, a California corporation; ABEL DE LUNA, an individual and dba VAQUERO MUSIC; and DOES 1 through 50,<br><br>            Defendants. | **No.  1:17-cv-00182-DAD-SKO**<br><br>**REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**DATE:** January 16, 2017<br>**TIME:** 9:30 a.m.<br>**CTRM:** 5 |

TO PLAINTIFF HYPHY MUSIC, INC. AND TO ITS ATTORNEYS OF RECORD HEREIN:

In connection with the NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT being made by defendant Abel De Luna to this Court, defendant De Luna hereby respectfully requests that the Court take judicial notice of the translation of the label copy on the front and back of the Album "Culpable o Inocente" ("Guilty or Innocent" in English) attached to the First Amended Complaint herein as part of **Exhibit A**. (Docket No. 5, p. 20.) A copy of the Album front and back cover is attached to the Declaration of Steven J. Eyre filed concurrently herewith as **Exhibit 3**. A certified translation of the Spanish language content of the Album front and back cover into English is attached to the Declaration of Steven J. Eyre filed concurrently herewith as **Exhibit 4**.

## MEMORANDUM OF LAW

A court shall take judicial notice if requested by a party and supplied with the necessary information. Federal Rules of Evidence, Rule 201(d). *In re Yahoo! Inc. Sec. Litig.*, No. C 11–02732 CRB, 2012 WL 3282819, at *2 (N.D.Cal. Aug. 10, 2012) aff'd, 611 F. App'x 387 (9th Cir.2015) ("In general, courts have taken judicial notice of certified translations of material relied upon by the complaint, but in situations where the authenticity of the document is not at issue.")

Dated: December 4, 2017            Respectfully submitted,

                                   /s/Steven J. Eyre
                                   Steven J. Eyre
                                   Attorney for plaintiff

## **CERTIFICATE OF SERVICE**

I certify that a copy of the forgoing document entitled **REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** is being served on all parties who have appeared in this action by filing through the CM/ECF electronic filing system of this court.

Dated:  December 4, 2017

                                              /s/Steven J. Eyre  
                                              Steven J. Eyre