<pre>
1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   HYPHY MUSIC, INC.,                      No. 1:17-cv-00182-DAD-SKO
12              Plaintiff,
13        v.                                 ORDER GRANTING STIPULATION AND
                                             MOVING HEARING DATE
14   JOSE DAVID HERNANDEZ, et al.,
                                             (Doc. No. 38)
15              Defendants.
</pre>

On January 8, 2018, the parties stipulated to move the hearing date set for defendants' motions to strike and to dismiss from January 23, 2018 to February 20, 2018. (Doc. No. 38.) Due to the court's unavailability on the requested date and good cause appearing, the hearing on these motions (Doc. Nos. 32, 33) shall be held on **March 6, 2018** at 9:30 a.m.

IT IS SO ORDERED.

Dated: **January 9, 2018**

UNITED STATES DISTRICT JUDGE

1