1  AMANDA G. HEBESHA  #234214
   TUCKER CHIU HEBESHA SEYMOUR PC
2  642 Pollasky Avenue, Suite 230
   Clovis, California 93612
3  Telephone: (559) 472-9922
   Facsimile:  (559) 472-9892
4
   Attorneys for **Plaintiff**
5  **HYPHY MUSIC, INC.**

6

7

8                   UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10                               * * *

11 HYPHY MUSIC, INC., a California      )   Case No.:  **1-17-cv-00182-DAD-SKO**
   corporation,                         )
12                                      )
              Plaintiff,                )
13                                      )   **STIPULATION TO DISMISS**
      vs.                               )
14                                      )   **FRCP Rule 41(a)(1)(A)(ii)**
   JOSE DAVID HERNANDEZ, an individual  )
15 and dba MUSICA DE ARRANQUE;          )
   KEVIN BERGER, an individual; JAVIER  )
16 MORALES, an individual; JOEL MEDINA, )
   an individual; COLONIZE MEDIA, INC. , a)
17 California corporation; M-GEN STREAM,)
   INC. , a California corporation; DH1 )
18 TALENT DEVELOPMENT, INC. , a         )
   California corporation; DH1 MEDIA, INC.,)
19 a California corporation; LUNA MUSIC )
   CORPORATION, a California corporation;)
20 ABEL DE LUNA, an individual and dba  )
   VAQUERO MUSIC; and DOES 1 through    )
21 50,                                  )
                                        )
22            Defendants.                )

23       Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff HYPHY

24 MUSIC, INC. and Defendants JOSE DAVID HERNANDEZ, an individual and dba MUSICA

25 DE ARRANQUE, KEVIN BERGER, JAVIER MORALES, JOEL MEDINA, COLONIZE

26 MEDIA, INC., M-GEN STREAM, INC., DH1 TALENT DEVELOPMENT, INC., DH1

27 MEDIA, INC., LUNA MUSIC CORPORATION, and ABEL DE LUNA, an individual and dba

28 VAQUERO MUSIC (collectively "Defendants") stipulate as follows:

It is hereby stipulated by and amongst the parties to this action through their respective counsel that the above-captioned action be and hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear the party's own costs and attorney's fees.

Plaintiff and Defendants therefore request an order, as to the following:

1. That pursuant to the terms of the Settlement Agreements, the Court dismisses the entire action.

Dated: February 28, 2018.    TUCKER CHIU HEBESHA SEYMOUR PC

By  */s/ Amanda G. Hebesha*
AMANDA G. HEBESHA
Attorney for Plaintiff HYPHY MUSIC, INC.

Dated: February 28, 2018.

By  */s/ Steven J. Eyre*
STEVEN J. EYRE
Attorney for Defendants LUNA MUSIC CORPORATION, and ABEL DE LUNA, an individual and dba VAQUERO MUSIC

Dated: February 28, 2018.    HEFNER STARK & MAROIS LLP

By  */s/ Kirk E. Giberson*
KIRK E. GIBERSON
Attorney for Defendants JOSE DAVID HERNANDEZ dba MUSICA DE ARRANQUE; DH1 TALENT DEVELOPMENT, INC.; DH1 MEDIA, INC.; M-GEN STREAM, INC.; and COLONIZE MEDIA, INC.:

12490.05-PLDG-Stip to Dismiss