| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DAVID HERNANDEZ, an individual and dba MUSICA DE ARRANQUE; KEVIN BERGER, an individual; JAVIER MORALES, an individual; JOEL MEDINA, an individual; COLONIZE MEDIA, INC., a California corporation; M-GEN STREAM, INC., a California corporation; DH1 TALENT DEVELOPMENT, INC., a California corporation; DH1 MEDIA, INC., a California corporation; LUNA MUSIC CORPORATION, a California corporation; ABEL DE LUNA, an individual and dba VAQUERO MUSIC; and DOES 1 through 50,<br><br>Defendants. | No. 1:17-CV-00182-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 41) |

1

| | |
|---|---|
| 1 | On February 28, 2018, the parties filed a Joint Stipulation to dismiss the matter with each party bearing its own costs and attorney's fees. (Doc. 41.) Accordingly, based on the parties' Stipulation, this action has been dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and each party shall bear its own costs and attorney's fees. The Court DIRECTS the Clerk to close this case. |

IT IS SO ORDERED.

Dated:  **March 1, 2018**                         /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE